ACCEPTED
03-14-00296-CV
6687057
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/27/2015 3:44:58 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00296-CV

## IN THE THIRD COURT OF APPEALS
## AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/27/2015 3:44:58 PM
JEFFREY D. KYLE
Clerk

**CITY OF BERTRAM, TEXAS**
**Appellant**

**vs.**

**VICKI REINHARDT**
**Appellee**

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING AND FOR EN BANC RECONSIDERATION

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

NOW COMES Appellant City of Bertram, Texas, by and through its counsel of record, to file this Motion for Extension of Time to file Motion for Rehearing and for en Banc Reconsideration, and Appellant would respectfully show as follows:

## I.
## SUMMARY

Appellee Vicki Reinhardt filed suit against her former employer, Appellant the City of Bertram, under the Texas Whistleblower Act, TEX. GOV'T CODE, Chapter 554. The City filed a Plea to the Jurisdiction and Motion for Summary

Judgment that was denied by the Trial Court, and Appellant timely perfected this appeal.

On August 12, 2015, a three-judge panel issued a Memorandum Opinion upholding in part and reversing in part the decision of the Trial Court. Appellant's deadline to ask this Court for rehearing and for en banc reconsideration is August 27, 2015. TEX. R. APP. P., Rule 49.1.

## II.
## MOTION TO EXTEND TIME

Appellant seeks an additional thirty days from the date of the Court's Order on this motion to file its motion for rehearing and reconsideration en banc. A motion for extension of time for filing a motion for rehearing and/or motion for reconsideration en banc may be granted by the Court of Appeals. TEX. R. APP. P., Rule 49.8. Such a motion is timely as long as it is filed within fifteen days after the last date for filing the motion. *Id.* Since the filing deadline for this Motion would be today, August 27, 2015, this Motion is timely.

This is the first time that Appellant has requested an extension of time with respect to this matter and no previous extensions of time have been granted.

Appellant asks for an order extending its deadline to thirty (30) days after the Court's Order granting this Motion.

Appellant seeks additional time to prepare its Motion in order to have adequate time to appropriately and completely address for the Court the issues to be presented for consideration. Due to scheduling conflicts, counsel for Appellant was unable to timely prepare the Motion, as she has been largely out of the office and out of town during the available time, in mediation and depositions and has been preparing motions and briefing with the respect to a Travis County jury trial set for Monday, August 31, 2015.

The issues before this Court arise from a Plea to the Jurisdiction and are related to the preservation of the sovereign immunity of a governmental entity, of significant importance to the jurisprudence of this State. Counsel for Appellant seeks this extension of time to be able to prepare a Motion that will aid this Court in its analysis and evaluation of the issues to be presented.

This request is not sought for delay but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays this Court grant its Motion for Extension of Time and enter an order providing that the filing deadline for any Motion for Rehearing and/or Motion for Reconsideration en Banc with respect to the August 12, 2015 Order shall be 30 days from the date of the Order granting the extension, and for such and further relief to which it may be justly entitled.

Respectfully submitted,

**FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.**
1717 W. 6th Street, Suite 300
Austin, Texas  78703
(512) 476-5300
FAX (512) 476-5771

By:  /s/Joanna Lippman Salinas
     Joanna Lippman Salinas
     Texas State Bar No. 00791122
     joanna.salinas@fletcherfarley.com

Attorneys for Appellant, *City of Bertram, Texas*


## CERTIFICATE OF CONFERENCE

I certify that I have attempted to confer with opposing counsel for Appellee by telephone and by sending an email request for approval. I have not received a response from counsel as of this time with respect to counsel's position on this Motion.

/s/ Joanna Lippman Salinas
Joanna Lippman Salinas

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Appellant's Motion for Extension of Time** has been provided to the following via electronic service, in accordance with the Texas Rules of Civil Procedure, on August 27, 2015.

Tracy D. Cluck
**LAW OFFICE OF TRACY D. CLUCK**
P.O. Box 855
Dripping Springs, Texas 78620

Zachary P. Hudler
**ZACHARY P. HUDLER, P.C.**
P.O. Box 1728
Johnson City, Texas 78636

/s/Joanna Lippman Salinas
Joanna Lippman Salinas